IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BEVERLY SMITH, III**                                                                                   **PLAINTIFF**

v.                              **CASE NO. 4:23-CV-00617-BSM**

**SOCIAL SECURITY ADMINISTRATION**                                              **DEFENDANT**

## ORDER

Beverly Smith's unopposed motion for attorney's fees [Doc. No. 16] is granted and she is awarded fees in the amount of $7,200. *See* 28 U.S.C. § 2412; Doc. No. 16-1. The Social Security Administration is directed to send the payment to Smith because fees awarded under section 2412 are payable to the claimant rather than the lawyer. *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). Smith is responsible for making payment to Rory Linerud, who represented her.

IT IS SO ORDERED this 17th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE